# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   §
         §
SHERI B. MERCHANT   §   Case No. 16-05461
         §
         Debtor   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/19/2016. The undersigned trustee was appointed on 02/19/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   130,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 226.76 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 129,773.24 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 06/24/2016 and the deadline for filing governmental claims was 08/17/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,750.00 , for a total compensation of $ 9,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 89.35 , for total expenses of $ 89.35 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/17/2017                    By: /s/BARRY A. CHATZ
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 16-05461 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | SHERI B. MERCHANT | | | | Date Filed (f) or Converted (c): | 02/19/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/22/2016 |
| For Period Ending: | 08/17/2017 | | | | Claims Bar Date: | 06/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1 Falcon Lakes<br>Barrington Il 60010-0000 Cook | 1,500,000.00 | 1,500,000.00 | | 0.00 | FA |
| 2. 20 Executive Court<br>Barrington Il 60010-0000 Cook | 600,000.00 | 600,000.00 | | 0.00 | FA |
| 3. 1585 North Barrington<br>Hoffman Estates Il 60169-0000 Cook | 450,000.00 | 0.00 | | 0.00 | FA |
| 4. 1 Executive Court<br>Barrington Il 60010-0000 Cook (u) | 600,000.00 | 0.00 | | 0.00 | FA |
| 5. 2009 Nissan Sentra Mileage: 50000 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Misc Used Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8. Miscellanous Jewelry Rings, Neckleces | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. State Bank Of India Account | 2,466.00 | 0.00 | | 0.00 | FA |
| 10. Jp Morgan Chase Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 11. Jp Morgan Chase Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 12. Bank Of America | 8,564.00 | 0.00 | | 0.00 | FA |
| 13. Five Shares Of Mfreit, Inc. Stock As Of 2013, The Value Is $ | 50,000.00 | 0.00 | | 0.00 | FA |
| 14. Womens Comprehensive Healthcare Medical Practice Accounts Re | 153,420.00 | 0.00 | | 0.00 | FA |
| 15. Individual Retirement Account | 5,000.00 | 0.00 | | 0.00 | FA |
| 16. Indivudual Retirement Account-Inherited From Late Husband Wh | 10,000.00 | 0.00 | | 0.00 | FA |
| 17. Disney Time Share Kissimmee, Florida | Unknown | 0.00 | | 0.00 | FA |
| 18. Safe Deposit Box Bank Of America In South Barrington $10,000 | 15,000.00 | 0.00 | | 0.00 | FA |
| 19. Community Bank Of Hoffman Estates Safe Deposit Box Nothing I | 0.00 | 0.00 | | 0.00 | FA |
| 20. Women's Doc Laser Solutions, SC | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-05461 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BARRY A. CHATZ |
| Case Name: | SHERI B. MERCHANT | | | | Date Filed (f) or Converted (c): | 02/19/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/22/2016 |
| For Period Ending: | 08/17/2017 | | | | Claims Bar Date: | 06/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Settlement with Debtor (u) | 0.00 | 130,000.00 | | 130,000.00 | FA |
| 22. Accounts Receivable (u) | 60,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $3,467,250.00    $2,230,000.00    $130,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's counsel is currently analyzing recoverable preference payments made prior to the case being filed and negotiate a settlement with the debtor.
3/7/17 - Order entered approving settlement with Debtor; upon payment of settlement amount all assets will be administered.

| RE PROP # | 20 | -- | Only asset is possibly a lazer machine; there is a lien on it. |
| RE PROP # | 21 | -- | Settlement with Debtor pursuant to motion and order for: (1) purchase of personal property (jewelry and shares of MFREIT); (2) pre-petition transfers to adult children; and (3) release of potential actions against Debtor for certain causes of action. |
| RE PROP # | 22 | -- | Accounts Receivable from Womens Healthcare $10,000-$60,000 Associated Bank may have lien on this (Per Amended Schedules A/B filed 2/16/17) |

Initial Projected Date of Final Report (TFR): 12/31/2018    Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-05461 |
| --- | --- |
| Case Name: | SHERI B. MERCHANT |
| Taxpayer ID No: | XX-XXX8806 |
| For Period Ending: | 08/17/2017 |

| Trustee Name: | BARRY A. CHATZ |
| --- | --- |
| Bank Name: | Union Bank |
| Account Number/CD#: | XXXXXX0862 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/17 | 21 | SHERI BANOO MERCHANT MD<br>1 FALCON LAKES DRIVE<br>SOUTH BARRINGTON, IL 60010-5335 | SETTLEMENT FUNDS<br>THE TRUSTEE IS OUT OF TOWN. CHECK WAS DEPOSITED AND NOT HELD UNTIL HIS RETURN.<br><br>Deposit receipt received and verified by BAC 3/13/17. | 1241-000 | $30,000.00 | | $30,000.00 |
| 03/23/17 | 21 | SHERI BANOO MERCHANT MD<br>1 FALCON LAKES DR<br>SOUTH BARRINGTON, IL 60010-5335 | SETTLEMENT FUNDS<br>TRUSTEE WAS OUT OF TOWN AND WE DID NOT WANT TO WAIT UNTIL HE RETURNED TO DEPOSIT. TRUSTEE TOLD US TO DEPOSIT SAME.<br><br>Deposit receipt received and verified by BAC 3/31/17. | 1241-000 | $40,000.00 | | $70,000.00 |
| 04/06/17 | 21 | SHERI BANOO MERCHANT MD<br>1 FALCON LAKES DR<br>SOUTH BARRINGTON, IL 60010-5335 | SETTLEMENT FUNDS<br>Deposit receipt received and verified by BAC 4/18/17. | 1241-000 | $60,000.00 | | $130,000.00 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.05 | $129,942.95 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.71 | $129,773.24 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $130,000.00 | $226.76 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $130,000.00 | $226.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $130,000.00 | $226.76 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:        $130,000.00        $226.76

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0862 - Checking | $130,000.00 | $226.76 | $129,773.24 |
|  | $130,000.00 | $226.76 | $129,773.24 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $130,000.00 |
| Total Gross Receipts: | $130,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-05461  
Debtor Name: SHERI B. MERCHANT  
Claims Bar Date: 6/24/2016  

Date: August 17, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $9,750.00 | $9,750.00 |
| 100 2200 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $89.35 | $89.35 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Administrative | | $0.00 | $1,096.50 | $1,096.50 |
| 100 3210 | Shaw Fishman Glantz & Towbin LLC<br>321 North Clark Street<br>Suite 800<br>Chicago, IL 60654 | Administrative | | $0.00 | $42,321.09 | $42,321.09 |
| 100 3220 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>SHAW GUSSIS FISHMAN GLANTZ & TOWBIN LLC<br>321 NORTH CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | Administrative | | $0.00 | $309.47 | $309.47 |
| 1B 280 5800 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $47,333.52 | $47,333.52 |
| 3A 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Priority | | $0.00 | $8,160.25 | $8,160.25 |
| 1A 400 4110 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured | | $0.00 | $6,668.53 | $6,668.53 |
| 4 400 4110 | Direct Capital Corporation<br>155 Commerce Way<br>Portsmouth, Nh 03801 | Secured | Claim withdrawn by creditor 7/10/17. | $0.00 | $13,762.27 | $13,762.27 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-05461  
Debtor Name: SHERI B. MERCHANT  
Claims Bar Date: 6/24/2016  
Date: August 17, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1C 300 7100 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILEDELPHIA, PENNSYLVANIA 19101-7346 | Unsecured | | $0.00 | $6,739.03 | $6,739.03 |
| 2 300 7100 | Associated Bank, N.A. Chuhak & Tecson, P.C. C/O Kevin Purtill 30 S. Wacker Drive, Ste 2600 Chicago, Il 60606 | Unsecured | | $0.00 | $490,202.25 | $490,202.25 |
| 3B 300 7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, ILLINOIS 60664-0338 | Unsecured | | $0.00 | $1,630.19 | $1,630.19 |
| 5 300 7100 | Toyota Motor Credit Corporation C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $0.00 | $10,507.15 | $10,507.15 |
| 6 300 7100 | Direct Capital Corporation 155 Commerce Way Portsmouth, Nh 03801 | Unsecured | | $0.00 | $13,762.27 | $13,762.27 |
| | Case Totals | | | $0.00 | $652,331.87 | $652,331.87 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-05461
Case Name: SHERI B. MERCHANT
Trustee Name: BARRY A. CHATZ

Balance on hand $ 129,773.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1A | Internal Revenue Service | $ 6,668.53 | $ 6,668.53 | $ 0.00 | $ 0.00 |
| 4 | Direct Capital Corporation | $ 13,762.27 | $ 13,762.27 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 129,773.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 9,750.00 | $ 0.00 | $ 9,750.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 89.35 | $ 0.00 | $ 89.35 |
| Attorney for Trustee Fees: Shaw Fishman Glantz & Towbin LLC | $ 42,321.09 | $ 0.00 | $ 42,321.09 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,096.50 | $ 0.00 | $ 1,096.50 |
| Other: SHAW FISHMAN GLANTZ & TOWBIN LLC | $ 309.47 | $ 0.00 | $ 309.47 |

Total to be paid for chapter 7 administrative expenses $ 53,566.41

Remaining Balance $ 76,206.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 55,493.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Internal Revenue Service | $ 47,333.52 | $ 0.00 | $ 47,333.52 |
| 3A | ILLINOIS DEPARTMENT OF REVENUE | $ 8,160.25 | $ 0.00 | $ 8,160.25 |

Total to be paid to priority creditors    $    55,493.77

Remaining Balance    $    20,713.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 522,840.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1C | INTERNAL REVENUE SERVICE | $ 6,739.03 | $ 0.00 | $ 266.98 |
| 2 | Associated Bank, N.A. | $ 490,202.25 | $ 0.00 | $ 19,420.04 |
| 3B | ILLINOIS DEPARTMENT OF REVENUE | $ 1,630.19 | $ 0.00 | $ 64.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Toyota Motor Credit Corporation | $ 10,507.15 | $ 0.00 | $ 416.26 |
| 6 | Direct Capital Corporation | $ 13,762.27 | $ 0.00 | $ 545.20 |
| | Total to be paid to timely general unsecured creditors | | | $ 20,713.06 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE