# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| SHERI B. MERCHANT, | Case No. 16-05461 |
| Debtor. | Honorable Deborah L. Thorne |

## CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Sheri B. Merchant, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on September 15, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

Label Matrix for local noticing
0752-1
Case 16-05461
Northern District of Illinois
Chicago
Mon Aug 14 16:01:13 CDT 2017

Afni
1310 Martin Luther King Dr
Bloomington, IL 61701-1465

Anthony S. Burt
Schiff Hardin LLP
233 South Wacker St., Suite 6600
Chicago, IL 60606-6307

Associated Bank
200 N. Adams St.
Green Bay, WI 54301-5174

Associated Bank
PO Box 790408
Saint Louis, MO 63179-0408

Associated Bank, N.A.
Chuhak & Tecson, P.C. c/o Kevin Purtill
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606-7512

Astoria Federal Savings
Attn: Compliance Department
Po Box 7015
New Hyde Park, NY 11040-7015

Burhani Quarzan Hasana
5177 Douglas Fir Rd.
Calabasas, CA 91302-1440

Caine & Weiner
Po Box 5010
Woodland Hills, CA 91365-5010

Cap1/l&t
Po Box 30253
Salt Lake City, UT 84130-0253

Cap1/neimn
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

John P Carlin
Suburban Legal Group PC
1305 Remmington Road; Suite C
Schaumburg, IL 60173-4820

Champak Patel
co/ Jason Rosen
6 west hubbard st., Suite 700
Chicago, IL 60654-4616

Chase
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Chase Auto Finance
National Bankruptcy Dept
Po Box 29506
Phoenix, AZ 85038-9506

Chase Mtg
Po Box 24696
Columbus, OH 43224-0696

Francisco Connell
Chuhak & Tecson, P.C.
30 S. Wacker Dr.
Suite 2600
Chicago, IL 60606-7512

Dept Of Ed/Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501-2505

Direct Capital Corporation
155 Commerce Way
Portsmouth, NH 03801-3243

Dsnb Bloomingdales
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Shaw Fishman
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St.,
Suite 800
Chicago, IL 60654-4766

John W Guzzardo
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654-4766

IDES
Benefit Payment Control
Po Box 4385
Chicago, IL 60680-4385

Ilinois Dept. of Revenue
100 W. Randolph st
Chicago, IL 60601-3274

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase
370 S. Cleveland Ave.
Westerville, OH 43081-8917

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
C/O Codilis & Associates, P.C.
15W030 North Frontage Rd.
Suite 100
Burr Ridge, IL 60527-6921

Kamensky Rubenstein Hochman
7250 N. Cicero Ave
Suite 200
Lincolnwood, IL 60712-1627

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Sheri B Merchant
5 Mcglashen Drive
South Barrington, IL 60010-7108

Mohela/Dept of Ed
633 Spirit Dr
Chesterfield, MO 63005-1243

(p)NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

Nordstrom/td
13531 E Caley Ave
Englewood, CO 80111-6505

Receivables Performance Mgmt
Attn: Bankruptcy
Po Box 1548
Lynnwood, WA 98046-1548

Brian L Shaw
Shaw Fishman Glantz & Towbin LLC
321 N Clark Street
Suite 800
Chicago, IL 60654-4766

Small Business Administration
500 West Madison St.
Chicago, IL 60661-2566

State Bank of the Lakes
c/o Francisco E. Connell
30 S. Wacker, Suite 2600
Chicago, IL 60606-7512

State bank of the lakes
440 Lake Street
Antioch, IL 60002-1478

Syncb/lord & Tay
Po Box 965015
Orlando, FL 32896-5015

Synchrony Bank/ JC Penneys
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank/Brook Brothers
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Talbots
1 Talbots Dr
Hingham, MA 02043-1583

The Abrix Group L.P.
3400 Dundee
Suite 200
Chicago, IL 60602

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Gloria C Tsotsos
Codilis & Associates PC
15W030 North Frontage Rd Suite 100
Burr Ridge, IL 60527-6921

US Dept of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116-0448

VTR Eberle Mob LLC
10350 Ormsby Park PL
Louisville, KY 40223-6178

VTR Eberle Mob, LLC
co/Gene Moskowitz
205 Upper Wacker Drive, Suite 1600
Chicago, IL 60606

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Lexus Financial
Assept Protection Dept.
PO Box 2958
Torrance, CA 90509

Nissan Motor acceptance
8900 Freeport Pwy
Irving, TX 75063

(d)Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHERI B. MERCHANT | § | Case No. 16-05461 |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> 219 S. Dearborn Street
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Thursday, October 12, 2017 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/15/2017                         By: /s/ Barry A. Chatz, Trustee
                                                                        Trustee


*BARRY A. CHATZ*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL  60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
SHERI B. MERCHANT § Case No. 16-05461
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 130,000.00 |
| and approved disbursements of | $ | 226.76 |
| leaving a balance on hand of[1] | $ | 129,773.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1A | Internal Revenue Service | $ 6,668.53 | $ 6,668.53 | $ 0.00 | $ 0.00 |
| 4 | Direct Capital Corporation | $ 13,762.27 | $ 13,762.27 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 129,773.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 9,750.00 | $ 0.00 | $ 9,750.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 89.35 | $ 0.00 | $ 89.35 |
| Attorney for Trustee Fees: Shaw Fishman Glantz & Towbin LLC | $ 42,321.09 | $ 0.00 | $ 42,321.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,096.50 | $ 0.00 | $ 1,096.50 |
| Other: SHAW FISHMAN GLANTZ & TOWBIN LLC | $ 309.47 | $ 0.00 | $ 309.47 |
| Total to be paid for chapter 7 administrative expenses | | $ | 53,566.41 |
| Remaining Balance | | $ | 76,206.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 55,493.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Internal Revenue Service | $ 47,333.52 | $ 0.00 | $ 47,333.52 |
| 3A | ILLINOIS DEPARTMENT OF REVENUE | $ 8,160.25 | $ 0.00 | $ 8,160.25 |
| Total to be paid to priority creditors | | | $ | 55,493.77 |
| Remaining Balance | | | $ | 20,713.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 522,840.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1C | INTERNAL REVENUE SERVICE | $ 6,739.03 | $ 0.00 | $ 266.98 |
| 2 | Associated Bank, N.A. | $ 490,202.25 | $ 0.00 | $ 19,420.04 |
| 3B | ILLINOIS DEPARTMENT OF REVENUE | $ 1,630.19 | $ 0.00 | $ 64.58 |
| 5 | Toyota Motor Credit Corporation | $ 10,507.15 | $ 0.00 | $ 416.26 |
| 6 | Direct Capital Corporation | $ 13,762.27 | $ 0.00 | $ 545.20 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 20,713.06 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

BARRY A. CHATZ
161 NORTH CLARK STREET
SUITE 4200

*CHICAGO, IL 60601*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.