# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHERI B. MERCHANT | § | Case No. 16-05461 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,461,050.00                         Assets Exempt: 6,200.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 76,206.83            Claims Discharged
                                                       Without Payment: 4,266,313.83

Total Expenses of Administration: 53,793.17

---

3) Total gross receipts of $ 130,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 130,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,025,365.00 | $ 20,430.80 | $ 20,430.80 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 53,793.17 | 53,793.17 | 53,793.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 100,000.00 | 55,493.77 | 55,493.77 | 55,493.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 638,821.00 | 522,840.89 | 522,840.89 | 20,713.06 |
| **TOTAL DISBURSEMENTS** | $ 3,764,186.00 | $ 652,558.63 | $ 652,558.63 | $ 130,000.00 |

4)  This case was originally filed under chapter 7 on  02/19/2016 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/08/2017                    By:/s/BARRY A. CHATZ, TRUSTEE
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement with Debtor | 1241-000 | 130,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 130,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank, 200 N. Adams St. Green Bay, WI 54307 | | 1,200,000.00 | NA | NA | 0.00 |
| | Chase Mtg, Po Box 24696 Columbus, OH 43224 | | 1,594,677.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase, 370 S. Cleveland Ave. Westerville, OH 43081 | | 213,034.00 | NA | NA | 0.00 |
| | Toyota Motor Credit, Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 17,654.00 | NA | NA | 0.00 |
| 4 | Direct Capital Corporation | 4110-000 | NA | 13,762.27 | 13,762.27 | 0.00 |
| 1A | Internal Revenue Service | 4110-000 | NA | 6,668.53 | 6,668.53 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,025,365.00 | $ 20,430.80 | $ 20,430.80 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 9,750.00 | 9,750.00 | 9,750.00 |
| BARRY A. CHATZ | 2200-000 | NA | 89.35 | 89.35 | 89.35 |
| Union Bank | 2600-000 | NA | 226.76 | 226.76 | 226.76 |
| Shaw Fishman Glantz & Towbin LLC | 3210-000 | NA | 42,321.09 | 42,321.09 | 42,321.09 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3220-000 | NA | 309.47 | 309.47 | 309.47 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,096.50 | 1,096.50 | 1,096.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 53,793.17 | $ 53,793.17 | $ 53,793.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, P.O. Box 7346 Philadelphia, PA 19101-7346 | | 100,000.00 | NA | NA | 0.00 |
| 3A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 8,160.25 | 8,160.25 | 8,160.25 |
| 1B | Internal Revenue Service | 5800-000 | NA | 47,333.52 | 47,333.52 | 47,333.52 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 100,000.00 | $ 55,493.77 | $ 55,493.77 | $ 55,493.77 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, 1310 Martin Luther King Dr Bloomington, IL 61701 | | 0.00 | NA | NA | 0.00 |
| | Anthony S. Burt, Schiff Hardin LLP 233 South Wacker St., Suite 6600 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Astoria Federal Savings, Attn: Compliance Department Po Box 7015 New Hyde Park, NY 11042 | | 0.00 | NA | NA | 0.00 |
| | Burhani Quarzan Hasana, 5177 Douglas Fir Rd. Calabasas, CA 91302 | | 100,000.00 | NA | NA | 0.00 |
| | Caine & Weiner, Po Box 5010 Woodland Hills, CA 91365 | | 197.00 | NA | NA | 0.00 |
| | Cap1/l&t, Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Cap1/neimn, 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Champak Patel, co/ Jason Rosen 6 west hubbard st., Suite 700 Chicago, IL 60654 | | 400,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | | 0.00 | NA | NA | 0.00 |
| | Chase Auto Finance, National Bankruptcy Dept Po Box 29506 Phoenix, AZ 85038 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chuhak Tecson Kienlen, 30 S. Wacker Dr. Suite 2600 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Ed/Nelnet, Attn: Claims Po Box 82505 Lincoln, NE 68501 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Ed/Nelnet, Attn: Claims Po Box 82505 Lincoln, NE 68501 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Ed/Nelnet, Attn: Claims Po Box 82505 Lincoln, NE 68501 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Ed/Nelnet, Attn: Claims Po Box 82505 Lincoln, NE 68501 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Ed/Nelnet, Attn: Claims Po Box 82505 Lincoln, NE 68501 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Ed/Nelnet, Attn: Claims Po Box 82505 Lincoln, NE 68501 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Bloomingdales, Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Hpsc Inc | | 0.00 | NA | NA | 0.00 |
| | IDES, Benefit Payment Control Po Box 4385 Chicago, IL 60680 | | 10,000.00 | NA | NA | 0.00 |
| | Ilinois Dept. of Revenue, 100 W. Randolph st Chicago, IL 60601 | | 40,000.00 | NA | NA | 0.00 |
| | Kamensky Rubenstein Hochman, 7250 N. Cicero Ave Suite 200 Lincolnwood, IL 60712 | | 992.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mohela/Dept of Ed, 633 Spirit Dr Chesterfield, MO 63005 | | 0.00 | NA | NA | 0.00 |
| | Mohela/Dept of Ed, 633 Spirit Dr Chesterfield, MO 63005 | | 0.00 | NA | NA | 0.00 |
| | Mohela/Dept of Ed, 633 Spirit Dr Chesterfield, MO 63005 | | 0.00 | NA | NA | 0.00 |
| | Mohela/Dept of Ed, 633 Spirit Dr Chesterfield, MO 63005 | | 0.00 | NA | NA | 0.00 |
| | Nissan Motor acceptance, 8900 Freeport Pwy Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |
| | Nordstrom/td, 13531 E Caley Ave Englewood, CO 80111 | | 0.00 | NA | NA | 0.00 |
| | Receivables Performance Mgmt, Attn: Bankruptcy Po Box 1548 Lynnwood, WA 98036 | | 0.00 | NA | NA | 0.00 |
| | Small Business Administration, 500 West Madison St. Chicago, IL 60661 | | 24,570.00 | NA | NA | 0.00 |
| | Syncb/lord & Tay, Po Box 965015 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/ JC Penneys, Attn: Bankrupty Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Brook Brothers, Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/TJX, Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Talbots, 1 Talbots Dr Hingham, MA 02043 | | 0.00 | NA | NA | 0.00 |
| | The Abrix Group L.P., 3400 Dundee Suite 200 Chicago, IL 60602 | | 60,062.00 | NA | NA | 0.00 |
| | Toyota Motor Credit Co, Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 0.00 | NA | NA | 0.00 |
| | Toyota Motor Credit Co, Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Dept of Education, Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | US Dept of Education, Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | US Dept of Education, Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | US Dept of Education, Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | US Dept of Education, Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | US Dept of Education, Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | US Dept of Education, Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | US Dept of Education, Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Visa Dept Store National Bank, Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | VTR Eberle Mob LLC, 10350 Ormsby Park PL Louisville, KY 40223 | | 3,000.00 | NA | NA | 0.00 |
| 2 | Associated Bank, N.A. | 7100-000 | NA | 490,202.25 | 490,202.25 | 19,420.04 |
| 6 | Direct Capital Corporation | 7100-000 | NA | 13,762.27 | 13,762.27 | 545.20 |
| 3B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 1,630.19 | 1,630.19 | 64.58 |
| 1C | INTERNAL REVENUE SERVICE | 7100-000 | NA | 6,739.03 | 6,739.03 | 266.98 |
| 5 | Toyota Motor Credit Corporation | 7100-000 | NA | 10,507.15 | 10,507.15 | 416.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 638,821.00 | $ 522,840.89 | $ 522,840.89 | $ 20,713.06 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-05461 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| Case Name: | SHERI B. MERCHANT | | | | Date Filed (f) or Converted (c): | 02/19/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/22/2016 |
| For Period Ending: | 11/08/2017 | | | | Claims Bar Date: | 06/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1 Falcon Lakes Barrington Il 60010-0000 Cook | 1,500,000.00 | 1,500,000.00 | | 0.00 | FA |
| 2. 20 Executive Court Barrington Il 60010-0000 Cook | 600,000.00 | 600,000.00 | | 0.00 | FA |
| 3. 1585 North Barrington Hoffman Estates Il 60169-0000 Cook | 450,000.00 | 0.00 | | 0.00 | FA |
| 4. 1 Executive Court Barrington Il 60010-0000 Cook (u) | 600,000.00 | 0.00 | | 0.00 | FA |
| 5. 2009 Nissan Sentra Mileage: 50000 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Misc Used Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8. Miscellanous Jewelry Rings, Neckleces | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. State Bank Of India Account | 2,466.00 | 0.00 | | 0.00 | FA |
| 10. Jp Morgan Chase Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 11. Jp Morgan Chase Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 12. Bank Of America | 8,564.00 | 0.00 | | 0.00 | FA |
| 13. Five Shares Of Mfreit, Inc. Stock As Of 2013, The Value Is $ | 50,000.00 | 0.00 | | 0.00 | FA |
| 14. Womens Comprehensive Healthcare Medical Practice Accounts Re | 153,420.00 | 0.00 | | 0.00 | FA |
| 15. Individual Retirement Account | 5,000.00 | 0.00 | | 0.00 | FA |
| 16. Indivudual Retirement Account-Inherited From Late Husband Wh | 10,000.00 | 0.00 | | 0.00 | FA |
| 17. Disney Time Share Kissimmee, Florida | Unknown | 0.00 | | 0.00 | FA |
| 18. Safe Deposit Box Bank Of America In South Barrington $10,000 | 15,000.00 | 0.00 | | 0.00 | FA |
| 19. Community Bank Of Hoffman Estates Safe Deposit Box Nothing I | 0.00 | 0.00 | | 0.00 | FA |
| 20. Women's Doc Laser Solutions, SC | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-05461 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| Case Name: | SHERI B. MERCHANT | | | | Date Filed (f) or Converted (c): | 02/19/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/22/2016 |
| For Period Ending: | 11/08/2017 | | | | Claims Bar Date: | 06/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Settlement with Debtor (u) | 0.00 | 130,000.00 | | 130,000.00 | FA |
| 22. Accounts Receivable (u) | 60,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $3,467,250.00   $2,230,000.00   $130,000.00   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's counsel is currently analyzing recoverable preference payments made prior to the case being filed and negotiate a settlement with the debtor.
3/7/17 - Order entered approving settlement with Debtor; upon payment of settlement amount all assets will be administered.

RE PROP #   20   --   Only asset is possibly a lazer machine; there is a lien on it.
RE PROP #   21   --   Settlement with Debtor pursuant to motion and order for: (1) purchase of personal
                      property (jewelry and shares of MFREIT); (2) pre-petition transfers to adult children; and
                      (3) release of potential actions against Debtor for certain causes of action.
RE PROP #   22   --   Accounts Receivable from Womens Healthcare $10,000-$60,000
                      Associated Bank may have lien on this
                      (Per Amended Schedules A/B filed 2/16/17)

Initial Projected Date of Final Report (TFR): 12/31/2018       Current Projected Date of Final Report (TFR): 12/31/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-05461 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: SHERI B. MERCHANT | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0862 |
| | Checking |
| Taxpayer ID No: XX-XXX8806 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/17 | 21 | SHERI BANOO MERCHANT MD<br>1 FALCON LAKES DRIVE<br>SOUTH BARRINGTON, IL 60010-5335 | SETTLEMENT FUNDS<br>THE TRUSTEE IS OUT OF TOWN. CHECK WAS DEPOSITED AND NOT HELD UNTIL HIS RETURN.<br><br>Deposit receipt received and verified by BAC 3/13/17. | 1241-000 | $30,000.00 | | $30,000.00 |
| 03/23/17 | 21 | SHERI BANOO MERCHANT MD<br>1 FALCON LAKES DR<br>SOUTH BARRINGTON, IL 60010-5335 | SETTLEMENT FUNDS<br>TRUSTEE WAS OUT OF TOWN AND WE DID NOT WANT TO WAIT UNTIL HE RETURNED TO DEPOSIT. TRUSTEE TOLD US TO DEPOSIT SAME.<br><br>Deposit receipt received and verified by BAC 3/31/17. | 1241-000 | $40,000.00 | | $70,000.00 |
| 04/06/17 | 21 | SHERI BANOO MERCHANT MD<br>1 FALCON LAKES DR<br>SOUTH BARRINGTON, IL 60010-5335 | SETTLEMENT FUNDS<br>Deposit receipt received and verified by BAC 4/18/17. | 1241-000 | $60,000.00 | | $130,000.00 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.05 | $129,942.95 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.71 | $129,773.24 |
| 10/12/17 | 400001 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Distribution | | | $9,839.35 | $119,933.89 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.   ($9,750.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.   ($89.35) | 2200-000 | | | |

| | | | Page Subtotals: | | $130,000.00 | $10,066.11 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-05461 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: SHERI B. MERCHANT | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0862 |
| | Checking |
| Taxpayer ID No: XX-XXX8806 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/17 | 400002 | Shaw Fishman Glantz & Towbin LLC<br>321 North Clark Street<br>Suite 800<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $42,321.09 | $77,612.80 |
| 10/12/17 | 400003 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>SHAW GUSSIS FISHMAN GLANTZ & TOWBIN LLC<br>321 NORTH CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $309.47 | $77,303.33 |
| 10/12/17 | 400004 | Kutchins Robbins & Diamond Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,096.50 | $76,206.83 |
| 10/12/17 | 400005 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $47,333.52 | $28,873.31 |
| 10/12/17 | 400006 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $8,160.25 | $20,713.06 |
| 10/12/17 | 400007 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILEDELPHIA, PENNSYLVANIA 19101-7346 | Final distribution to claim 1 representing a payment of 3.96 % per court order. | 7100-000 | | $266.98 | $20,446.08 |
| 10/12/17 | 400008 | Associated Bank, N.A.<br>Chuhak & Tecson, P.C. C/O Kevin Purtill<br>30 S. Wacker Drive, Ste 2600<br>Chicago, Il 60606 | Final distribution to claim 2 representing a payment of 3.96 % per court order. | 7100-000 | | $19,420.04 | $1,026.04 |
| 10/12/17 | 400009 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Final distribution to claim 3 representing a payment of 3.96 % per court order. | 7100-000 | | $64.58 | $961.46 |

Page Subtotals: $0.00   $118,972.43

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-05461 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: SHERI B. MERCHANT | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0862 |
| | Checking |
| Taxpayer ID No: XX-XXX8806 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/17 | 400010 | Toyota Motor Credit Corporation<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 5 representing a payment of 3.96 % per court order. | 7100-000 | | $416.26 | $545.20 |
| 10/12/17 | 400011 | Direct Capital Corporation<br>155 Commerce Way<br>Portsmouth, Nh 03801 | Final distribution to claim 6 representing a payment of 3.96 % per court order. | 7100-000 | | $545.20 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $130,000.00 | $130,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $130,000.00 | $130,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $130,000.00 | $130,000.00 |

Page Subtotals:    $0.00    $961.46

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0862 - Checking | $130,000.00 | $130,000.00 | $0.00 |
| | $130,000.00 | $130,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $130,000.00 |
| Total Gross Receipts: | $130,000.00 |

Page Subtotals: $0.00　　$0.00